IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JASLEEN DHILLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV00950 AGF |
| | ) | |
| FARMERS INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER OF REMAND**

In this action initially filed in state court, Plaintiff Jasleen Dhillon seeks to recover from Defendant Farmers Insurance Company, Inc., the proceeds of a policy for uninsured motorist coverage. Defendant removed the case to this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Plaintiff now moves to remand the case to state court, based on her stipulation that the case does not involve an amount in controversy in excess of $75,000, exclusive of interest and costs. Plaintiff further agrees that the stipulation is binding and cannot be rescinded by her under any circumstances regardless of any development which may occur during the course of the case.

Defendant represents that the parties have concurred and agree that remand is appropriate pursuant to the above stipulation and the further stipulation by Plaintiff that in the event she recovers on her claim against Defendant a judgment greater than $74,999.99, including penalties and attorney fees, neither she nor her attorneys will

1

execute to collect on such judgment more than $74,999.99, including penalties and attorney fees.

A plaintiff's post-removal declaration that he or she will not seek or accept in state court more than the federal diversity jurisdictional amount warrants remand. *Walsh v. J.B. Hunt Trans., Inc.*, 20 F. Supp. 2d 1300, 1301 (E.D. Mo. 1998); *Halsne v. Liberty Mut. Group*, 40 F. Supp. 2d 1087, 1092 (N.D. Iowa 1999).

Upon review of the record, and based upon the stipulations agreed upon by the parties,

**IT IS HEREBY ORDERED** that Plaintiff's motion to remand is **GRANTED**. (Doc. No. 9.)

**IT IS FURTHER ORDERED** that the Clerk's Office shall take all necessary steps to remand this case to the state court in which it was filed.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT COURT

Dated this 29th day of June, 2012